# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| CHARLESTON WATERKEEPER, SOUTH CAROLINA COASTAL CONSERVATION LEAGUE<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER LOGISTICS, L.P.<br><br>Defendant. | **DECLARATION OF JOY KRUTEK**<br><br>C/A No. 2:20-cv-01089-DCN |

I, Joy Krutek, declare as follows:

1. My name is Joy Krutek. I am over the age of eighteen (18) and suffer from no legal incapacity. This declaration is based on my personal knowledge, information, and belief.

2. I have been a volunteer with the Charleston Waterkeeper ("Waterkeeper") for more than seven years and have been a member for one year. I joined the Waterkeeper as a member and volunteer because of the organization's strong mission to protect Charleston's waterways from industrial pollution, an issue of great importance to me.

3. I am an avid beachgoer and have regularly recreated on Sullivan's Island Beach since I moved to the Charleston area from Indiana six years ago. My time at the beach is time that I can observe wildlife, take walks along the ocean, and relax after a busy work week.

4. I am also an active scuba diver and regularly participate in dives in the Cooper River. I have engaged in more than 75 dives in the last 20 years. I began diving in the area while studying Geology at Columbus State University in Columbus, Georgia. During my dives, I search for fossils from whales, giant sloths, horses, and megalodon sharks. I predominately dive

the Cooper and Wando Rivers, as these areas have accessibility to the gravel beds that hold these types of fossils.

5. On Friday, July 19, 2019, I went to Sullivan's Island planning to enjoy a leisurely day at the beach. What I found when I arrived shocked me: Thousands upon thousands of tiny plastic pellets were scattered along the high tide line. This immediately disrupted the purpose of my visit because I could no longer sit and enjoy the natural scenery of the beach without focusing on this pollution.

6. While surveying the extent of the pollution, I met the superintendent of HEPACO, environmental response crew which, I learned, had been hired to clean up the pellets. I texted Andrew Wunderley, executive director of the Waterkeeper, to report the pellet pollution, and for the next several hours, I assisted in the clean-up effort, scouring the beach on hands and knees and placing pellets one by one into plastic bags. I also recruited other beachgoers to help collect pellets.

6. Since July 19, 2019, I have participated in multiple pellet sampling trips with the Waterkeeper on Sullivan's Island Beach. Sadly, every single time that I have sampled for pellets, I have found significant numbers of them.

7. The presence of plastic pellets in Charleston-area waters and on Charleston-area beaches has substantially diminished my enjoyment of these special resources. Whereas I used to enjoy sunbathing, swimming and walking on Sullivan's Island Beach, I now find myself searching for plastic pellets each time I visit the beach. And each time I search for pellets, I find them in alarming quantities. Most recently, I found more than 100 pellets on Sullivan's Island on December 25, 2019.

8. What has become clear in my experience is that untold numbers of plastic pellets remain in the environment. Some are visible, like those that wash up on Sullivan's Island Beach with each high tide. But I suspect that many more are trapped in marsh grass or buried in sand and mud, where humans are unlikely to find them without concerted effort. I am deeply concerned about the impact these pellets could have on the environment. As a scuba diver, I am especially worried that the pellets may be harming the aquatic life I observe each time I dive in the Cooper River. I understand that fish, shellfish, and turtles are known to ingest pellets, and that pellets can disrupt their digestive systems and contaminate them with toxic chemicals.

11. My concern about plastic pellets will be greatly reduced if the Waterkeeper succeeds in its citizen suit against Frontier Logistics ("Frontier"). Everything that I have read and heard about the plastic pellet pollution in Charleston points to Frontier as the source. If Frontier is required to stop discharging plastic pellets into our waterways and to clean up the ones remaining in the environment, then I will be able to enjoy days at the beach without combing the sand for pellets. And I will enjoy scuba diving more knowing that Charleston's wildlife is protected from this harmful source of pollution.

I declare under the penalty of perjury that the foregoing is true and correct.

Joy Kratek

7 July 2020
Date