# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| CHARLESTON WATERKEEPER, SOUTH CAROLINA COASTAL CONSERVATION LEAGUE<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER LOGISTICS, L.P.<br><br>Defendant. | ) | **DECLARATION OF DAVID CREECH**<br><br>C/A No. 2:20-cv-01089-DCN |

I, David Creech, declare as follows

1. My name is David Creech. I am over the age of eighteen (18) and suffer from no legal incapacity. This declaration is based on my personal knowledge, information, and belief.

2. I have been a member of the South Carolina Coastal Conservation League ("Conservation League") for many years. I joined the Conservation League to support the organization's commitment to preserving and protecting Charleston's natural resources, including its clean water and abundant wildlife.

3. I have sailed for much of my life, and I regularly take my sailboat out in Charleston Harbor as well as offshore. On these excursions, I look forward to encountering—and often do encounter—dolphin, sea turtles, birds, and other wildlife.

4. I am also an active scuba diver and have participated in dives in the Charleston area and the Caribbean. Diving provides me an opportunity to enjoy marine life in their natural habitat.

5. My years of sailing and scuba diving have only strengthened my conservation ethic. I deeply appreciate the aquatic ecosystems found in the Charleston area—their aesthetic, cultural, and economic value—and recognize the immense stress and harm that human activities can inflict on them.

5. On the morning of Friday, July 19, 2019, I took my dog for a walk on Sullivan's Island Beach, as I often do when the weather permits. I accessed the beach near Fort Moultrie and was immediately struck by the thousands of small, white beads that had collected along the high tide line. It was unlike anything I have ever seen before at Sullivan's Island or any other beach.

6. After examining one of the beads more closely, I realized there was nothing natural about them—they were plastic. I then began notifying state and local officials of what I had found, including the Charleston Waterkeeper, the Town of Sullivan's Island, the South Carolina Department of Natural Resources, the South Carolina Department of Health and Environmental Control, and the United States Coast Guard.

7. I continued walking northeast down the beach for about one mile. Although the pellets became less dense over that distance, at no point did they disappear completely. During my walk, I collected samples of the pellets and took photographs to document the extent of the pollution. A couple of those photographs are included below.

**Figure 1: Close-Up Shot of Plastic Pellets**



**Figure 2: View of Plastic Pellets Down the Beach**



8. Since the events of July 19, I have seen plastic pellets on Sullivan's Island Beach during subsequent walks, and I fear what I see is a small part of what lies out of site below the water line.

9. I am worried about the impact these plastic pellets are having on Charleston's marine life, including our fish, sea turtles, and birds. I try to educate myself about the harmful consequences of plastic pollution in our rivers and oceans by attending lectures and reading news reports on the issue. From what I have learned, many species of animals—including some that live, feed, and breed in the Charleston area—have been documented to ingest plastic pellets. Once ingested, the pellets can cause starvation and transfer dangerous chemicals from the surrounding environment and the plastic itself to animals.

10. Whenever I go sailing in Charleston Harbor or take a walk on Sullivan's Island Beach, I think about the harm these pellets are having on our environment. Consequently, my enjoyment of these activities has been greatly diminished by the sudden, ubiquitous presence of plastic pellets around Charleston.

11. I had hoped that Charleston would not suffer the same plastic pollution epidemic that I have read about and witnessed firsthand in other coastal cities and towns around the world. I had hoped that in Charleston we would value our natural resources more highly and recognize that the success of our city is inextricably linked to the health of our environment. But now, a new type of plastic pollution has been introduced to our waters—not the ordinary litter of used goods, but pre-production plastic pellets. Based upon my reading of local newspaper articles, it is my understanding that Frontier Logistics is the likely culprit of these careless spills. I find it very irresponsible that any company that produces the raw materials used to manufacture items made

of plastics is not more concerned about the impact their product has on our environment. I have seen beaches throughout the world littered in items made of plastic and find it astonishing that pellets have ended up on our beaches in their raw form.

11. My respect of our marine environment and my enjoyment of sailing and other outdoor recreational activities will continue to be impacted until the responsible party is required to stop the careless spilling of plastic pellets into Charleston waters and to clean up the ones already out there. The Conservation League's citizen suit aims to do just that and, if successful, would ease my concerns about plastic pellet pollution in Charleston.

I declare under the penalty of perjury that the foregoing is true and correct.

David Creech

8·06·2020
Date