# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| CHARLESTON WATERKEEPER, SOUTH CAROLINA COASTAL CONSERVATION LEAGUE | ) | |
| Plaintiffs, | ) | **DECLARATION OF JOHN IRWIN** |
| v. | ) | |
| FRONTIER LOGISTICS, L.P. | ) | C/A No. 2:20-cv-01089-DCN |
| Defendant. | ) | |

I, John Irwin, declare as follows:

1. My name is John Irwin. I am over the age of eighteen (18) and suffer from no legal incapacity. This declaration is based on my personal knowledge, information, and belief.

2. I have been a member of the Charleston Waterkeeper ("Waterkeeper") for approximately 8 years. I joined the Waterkeeper because of my concern with protecting and restoring Charleston's waterways and aquatic life.

3. I am owner of Fly Right Charters, a Charleston-based fishing charter business. Fly Right Charters takes clients on both inshore and offshore fishing expeditions, from St. Helena Sound (Edisto, SC) to Cape Romain (McClellanville, SC).

4. In our leisure time, my family and I enjoy boating, fishing, shelling (including looking for shark teeth), and other recreational activities on Charleston beaches and waterways.

5. I first heard about plastic pellet pollution on Sullivan's Island Beach in mid-July of 2019, shortly after the spill was discovered and reported. I was disappointed and alarmed to see an apparently novel source of industrial pollution end up in our waters and on our beaches.

6. Since the spill in July, I have personally spotted plastic pellets on Charleston area beaches. Most recently, I observed dozens of pellets on Morris Island in early March while hunting for shark's teeth with my children. It was disturbing to see so many of the tiny beads mixed in with seashells on this otherwise pristine, undeveloped island, and I worry about a future in which these plastic pellets become a ubiquitous part of our environment.

7. If this plastic pellet pollution is allowed to continue unabated, I am concerned about possible impacts to my fishing charter business. I have learned that fish ingest plastic pellets, and that ingested pellets can kill or injure fish by blocking their digestive systems and transferring toxic chemicals into their bodies.

8. Andrew Wunderley, Executive Director of the Waterkeeper, has informed me that he finds the greatest quantities of pellets in the lower Cooper River and Charleston Harbor. I find that fact especially worrisome since I frequently take charter clients to fish at both locations. I have already noticed a decline in fish populations in the lower Cooper River over the last few years, and I fear that these pellets will exacerbate that decline.

9. I also fear what effect these pellets could have on the broader ecosystem. In addition to fishing, my typical charter client wants to enjoy Charleston's beautiful natural scenery and abundant wildlife. Plastic pellet pollution threatens not only fish, but also birds, sea turtles, and other animals that ingest them, as well as the species that depend on those animals for survival. Any ecosystem-level impacts from plastic pellets would pose a threat to my business and my own use and enjoyment of the natural areas of South Carolina.

8. Plastic pellet pollution also harms the recreational activities that my family and I enjoy together. As evidenced by our recent excursion on Morris Island, plastic pellets are now present at many of the beaches we frequent. These pellets ruin our aesthetic enjoyment of these

special places. Almost everywhere I find shark teeth, I find plastic pellets, which should not be there.

9. About a week after the July 2019 spill, I read that the Department of Health and Environmental Control had identified a company called Frontier Logistics ("Frontier") as the source of the plastic pellet pollution. My conversations with the Waterkeeper have confirmed for me that Frontier is likely the responsible party. My concern about plastic pellets—and their commercial, aesthetic, and recreational impacts on me—would be resolved if Frontier stopped spilling pellets into Charleston waters and removed already spilled pellets from the environment. That is why I support the Waterkeeper's citizen suit against Frontier. I hope that the court will put an end to this needless threat to Charleston's environment.

I declare under the penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| ______________________ | July 7, 2020 |
| John Irwin | Date |