# Exhibit 5

James I. Newsome, III
*President & Chief Executive Officer*

SOUTH CAROLINA PORTS
200 Ports Authority Drive
Mount Pleasant, SC 29464
jnewsome@scspa.com
www.scspa.com

July 24, 2019

Mr. George Cook
Frontier Logistics, LP
gcook@ftlg.net

Dear George,

In light of a recent inspection by the Ports Authority of Frontier Logistics' operations at the Union Pier Terminal (UPT) and North Charleston Terminal (NCT), and pursuant to the Bridge License Agreement dated April 20, 2017, as amended (License Agreement), Frontier should implement the following measures to ensure compliance with the License Agreement.

1. Within 48 hours, dispatch a cleaning crew to remove all loose product located underneath the loading ramp at building 322 on UPT.
2. Within 96 hours, remove all loose product inside and outside of building 322 on UPT.
3. Within 5 days, install screening material similar to that used in the drain on the loading dock to catch loose product and establish a regular cleaning schedule of the screening material to ensure debris is promptly removed.
4. Within 5 days, remove all hand-held blowers and replace with vacuum units for cleanup of loose product and the facility.
5. Within 10 days, install barriers to prevent product from leaving the facility, including underneath the dock area.
6. Within 30 days, revise and implement rules or procedures for spill prevention, spill response, and stormwater pollution prevention and provide a copy of these policies to the Ports Authority.
7. Ensure that all storage bags containing loose product are covered or sealed.
8. Install internal liners for all dumpsters on UPT or NCT utilized by Frontier and ensure the dumpsters are located in a covered area, and ensure the dumpsters are emptied or switched on a regular basis to avoid trash overflow.
9. Establish a cleaning schedule for loose products at loading ramp, rail tracks, drain grating, warehouse, and any other area utilized by Frontier for handling the product.
10. Provide a contact person on-site to meet with SCPA on inspections and walk-throughs.
11. Pay directly for the response cost for the cleanup of certain product that escaped the facility (rather than the Ports Authority serving as a pass-though).

Thank you for your prompt implementation of these protective measures.

Sincerely,

Jim Newsome

Kenneth J. Kromer
*Manager, Risk and Claims*

SOUTH CAROLINA PORTS

200 Ports Authority Drive
Mt. Pleasant, SC 29464 USA
(843) 577-8135
kkromer@scspa.com
www.scspa.com

***VIA EMAIL & US MAIL***
Frontier Logistics, LP
**ATTN:** Shelly Salmon, Operations Manager
1806 S. 16th Street
LaPorte, TX 77571
September 20, 2019

RE: INVOICE – CLEANUP OF MATERIAL FROM CHARLESTON AREA BEACHES

Dear Mr. Salmon:

By letter dated July 24, 2019, the Ports Authority informed Frontier Logistics about certain operational measures that needed to be implemented at the Ports Authority terminals. Consistent with the applicable tariff, item No. 11 of the above reference letter (attached) provides that Frontier Logistics is responsible for the response and remediation cost incurred by the Ports Authority for the cleanup of certain material that escaped the Ports Authority facilities.

Enclosed, please find HEPACO Invoice #FY19-1001135 for such services for payment by Frontier Logistics.

Thank you in advance for your prompt attention to this matter. If you have any questions, please do not hesitate to contact me.

Sincerely,

Kenneth J. Kromer
Manager, Risk and Claims

KJK/mkg

COPY

James I. Newsome, III
*President & Chief Executive Officer*

SOUTH CAROLINA PORTS
200 Ports Authority Drive
Mount Pleasant, SC 29464
jnewsome@scspa.com
www.scspa.com

July 24, 2019

Mr. George Cook
Frontier Logistics, LP
gcook@ftlg.net

Dear George,

In light of a recent inspection by the Ports Authority of Frontier Logistics' operations at the Union Pier Terminal (UPT) and North Charleston Terminal (NCT), and pursuant to the Bridge License Agreement dated April 20, 2017, as amended (License Agreement), Frontier should implement the following measures to ensure compliance with the License Agreement.

1. Within 48 hours, dispatch a cleaning crew to remove all loose product located underneath the loading ramp at building 322 on UPT.
2. Within 96 hours, remove all loose product inside and outside of building 322 on UPT.
3. Within 5 days, install screening material similar to that used in the drain on the loading dock to catch loose product and establish a regular cleaning schedule of the screening material to ensure debris is promptly removed.
4. Within 5 days, remove all hand-held blowers and replace with vacuum units for cleanup of loose product and the facility.
5. Within 10 days, install barriers to prevent product from leaving the facility, including underneath the dock area.
6. Within 30 days, revise and implement rules or procedures for spill prevention, spill response, and stormwater pollution prevention and provide a copy of these policies to the Ports Authority.
7. Ensure that all storage bags containing loose product are covered or sealed.
8. Install internal liners for all dumpsters on UPT or NCT utilized by Frontier and ensure the dumpsters are located in a covered area, and ensure the dumpsters are emptied or switched on a regular basis to avoid trash overflow.
9. Establish a cleaning schedule for loose products at loading ramp, rail tracks, drain grating, warehouse, and any other area utilized by Frontier for handling the product.
10. Provide a contact person on-site to meet with SCPA on inspections and walk-throughs.
11. Pay directly for the response cost for the cleanup of certain product that escaped the facility (rather than the Ports Authority serving as a pass-though).

Thank you for your prompt implementation of these protective measures.

Sincerely,

Jim Newsome

HEPACO
Serious experience for serious times.™

# INVOICE

P.O. Box 746228
Atlanta, GA 30374-6228

**INVOICE NO: FY19-1001135**
**INVOICE DATE: 9/19/2019**
**DUE DATE: 9/29/2019**

**To:** SCSPA
176 Concord Street
Charleston, SC 29401
Attn: Accounts Payable / Ken Kromer
kkromer@scspa.com

**Project Location:** SCSPA
2050 MIDDLE ST.
SULLIVANS ISLAND, SC 29482

| PROJECT MANAGER | HEPACO JOB # | CUSTOMER # | BILLED THROUGH | PO# | TERMS |
|---|---|---|---|---|---|
| Ryan, Jonathan S | 1943.2148 | SCS0002 | 8/26/2019 | TBD | NET 10 |

| DESCRIPTION | AMOUNT |
|---|---|
| Emergency clean up on Sullivan's Is plastic pellets from the beach as directed by DHEC on Sullivan's Island. | $156,859.23 |
| SUBTOTAL | $156,859.23 |
| FEES | |
| SALES TAX | $0.00 |
| **TOTAL DUE** | **$156,859.23** |

**Please note ACH instructions (preferred) & updated remit to address**

| ACH or Wire Transfer: | Checks: | Overnight Checks: |
|---|---|---|
| Bank Name: PNC Bank | HEPACO, LLC | PNC Bank c/o HEPACO |
| ACH Routing: 054000030 | PO Box 746228 | Lockbox # 746228 |
| ACH Account: 5303785063 | Atlanta, GA 30374-6228 | Phoenix Business Park |
| Wire Routing: 031000053 | | 1669 Phoenix Pkwy., #210 |
| Wire Account: 5303785063 | | College Park, GA 30349 |

*If you have any questions concerning this invoice, contact: Accounts Receivable: AccountsReceivable@HEPACO.com or 1-800-888-7689*
***HEPACO is not responsible for filing claims with your insurance company.***
*For your convenience we gladly accept Visa, MasterCard or American Express, subject to a convenience fee of 3%.*
*Please reference our invoice number on payment.*
*Accounts which remain unpaid past due date from billing date are subject to late charge of 1½% per month.*
*Customer shall pay, or reimburse HEPACO, LLC if it elects to pay, all costs incurred in collecting any past due amounts, including, without limitation, court and collection costs and reasonable attorneys' fees.*

**THANK YOU FOR YOUR BUSINESS!!**

**HEPACO, LLC. TIME & MATERIALS FIELD INVOICE**

| SUMMARY OF CHARGES | | | | | |
|---|---|---|---|---|---|
| DATE | LABOR | EQUIPMENT | DISPOSAL | OTHER | TOTAL DAILY |
| 8/26/2019 | | | | $156,859.23 | $156,859.23 |
| TOTAL: | | | | $156,859.23 | $156,859.23 |

| OTHER ITEMS | | | | | |
|---|---|---|---|---|---|
| | DESCRIPTION | UNIT | UNIT RATE | | TOTAL |
| | ER to clean up plastic pellets on the Sullivan Island | 1 | 156859.23 | | 156859.23 |
| | | | | TOTAL: | $156,859.23 |

| | |
|---|---|
| SUBTOTAL | $156,859.23 |
| SALES TAX | $0.00 |
| TOTAL | $156,859.23 |

## HEPACO, INC. TIME & MATERIALS FIELD INVOICE

Project Name: SCSPA Beach Clean Up

Client PO #:

ER Manager: Jon Ryan

Client Rep/Title: Ken Kromer

Project No. 1943.2148

Day: Saturday

Date: 7/20/2019

TASK DESCRIPTION: Emergency Response to clean up plastic pellets on the Sullivans Island.

| SUMMARY OF CHARGES | TODAYS CHARGES | PREVIOUS CHARGES | PROJECT TO DATE CHARGES |
|---|---|---|---|
| Labor | $19,670.50 | | $19,670.50 |
| PPE | $300.00 | | $300.00 |
| Rolling Stock | $3,263.22 | | $3,263.22 |
| Boats | | | |
| Heavy Equipment | | | |
| Recovery Equipment | | | |
| Misc. Equipment | | | |
| Disposables | $35.00 | | $35.00 |
| Sampling Equipment | | | |
| Communication Equipment | | | |
| Non-Haz Disposal | | | |
| Subcontractors | | | |
| Disposal | | | |
| Equipment Rental | | | |
| Laboratory | | | |
| O.D.C. | $795.79 | | $795.79 |
| USL&H Charges | | | |
| TOTAL CHARGES | $24,064.51 | | $24,064.51 |

| | CLASSIFICATION | NAME | REGULAR HOURS | OVERTIME HOURS | HOLIDAY HOURS | REGULAR RATE | OVERTIME RATE | HOLIDAY RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L23 Spill Response Techr | Chris Arana | | 3.00 | | | $99.00 | | $297.00 |
| 2 | L23 Spill Response Techr | Marcus Brown | | 14.25 | | | $99.00 | | $1,410.75 |
| 3 | L23 Spill Response Techr | Alexis Johnson | | 14.25 | | | $99.00 | | $1,410.75 |
| 4 | L23 Spill Response Techr | Felix Alvarez | | 15.75 | | | $99.00 | | $1,559.25 |
| 5 | L23 Spill Response Techr | Eloisa Domingue | | 15.75 | | | $99.00 | | $1,559.25 |
| 6 | L23 Spill Response Techr | Alba Cruz | | 15.75 | | | $99.00 | | $1,559.25 |
| 7 | L15 Supervisor/General | Timothy Fleming | | 11.75 | | | $139.00 | | $1,633.25 |
| 8 | L15 Supervisor/General | Ben Goodsell | | 11.00 | | | $139.00 | | $1,529.00 |
| 9 | L23 Spill Response Techr | Julia Villagomez | | 11.00 | | | $99.00 | | $1,089.00 |
| 10 | L23 Spill Response Techr | Florentino | | 11.00 | | | $99.00 | | $1,089.00 |
| 11 | L23 Spill Response Techr | Omar Avalia | | 11.00 | | | $99.00 | | $1,089.00 |
| 12 | L23 Spill Response Techr | Clester Avalia | | 11.00 | | | $99.00 | | $1,089.00 |
| 13 | L23 Spill Response Techr | Hector Osorio | | 11.00 | | | $99.00 | | $1,089.00 |
| 14 | L23 Spill Response Techr | Dario Morales | | 11.00 | | | $99.00 | | $1,089.00 |
| 15 | L23 Spill Response Techr | Marcelo Tillo | | 11.00 | | | $99.00 | | $1,089.00 |
| 16 | L23 Spill Response Techr | Adalberto Jimen | | 11.00 | | | $99.00 | | $1,089.00 |
| | TOTAL LABOR | | | | | | | | $19,670.50 |

| | PPE DESCRIPTION | HOURS | UNIT RATE | QUANTITY | TOTAL |
|---|---|---|---|---|---|
| PPE4 | Level D (per Person) | 15.00 | $20.00 | | $300.00 |
| | TOTAL PPE CHARGES | | | | $300.00 |

| | VEHICLES - ROLLING STOCK DESCRIPTION | HOURS | UNIT RATE | MILEAGE | RATE | TOTAL |
|---|---|---|---|---|---|---|
| V19 | Service Truck | 22.0 | $42.00 | 50 | 0.68 | $958.00 |
| V24 | 12' - 16' Utility Trailer | 15.8 | $20.00 | | | $315.00 |
| V35 | Pick-up Truck (Crew Cab 3/4 Ton) | 30.0 | $24.00 | 225 | 0.68 | $873.00 |
| V37 | Pick-up Truck (4 Wheel Drive) | 15.8 | $22.00 | 50 | 0.68 | $380.50 |
| V43 | ATV Vehicles | 11.0 | $35.00 | 4 | 0.68 | $387.72 |
| V44 | Crew Van | 15.8 | $20.00 | 50 | 0.68 | $349.00 |
| | TOTAL ROLLING STOCK CHARGES | | | | | $3,263.22 |

| | MATERIALS / DISPOSABLES DESCRIPTION | HOURS | UNIT RATE | QUANTITY | | | TOTAL |
|---|---|---|---|---|---|---|---|
| M54 | Poly Bags - 6 Mil | 10.00 | $3.50 | | | | $35.00 |
| | TOTAL DISPOSABLES CHARGES | | | | | | $35.00 |
| | PER DIEM | | | per diem | $100.00 | 6 | $600.00 |
| | SUBTOTAL ALL COSTS | | | | | | $23,868.72 |
| | FUEL SURCHARGE | Avg Fuel Rate as of Project Start Date | | FUEL | $2.980 | 6.00% | $195.79 |

**TOTAL INVOICE $24,064.51**

# HEPACO, INC. TIME & MATERIALS FIELD INVOICE

| | | | |
|---|---|---|---|
| Project Name | SCSPA Beach Clean Up | Project No. | 1943.2148 |
| Client PO # | | Day | Sunday |
| ER Manager | Jon Ryan | Date | 7/21/2019 |
| Client Rep/Title | Ken Kromer | TASK DESCRIPTION | Response to Beach Cleanup |

| SUMMARY OF CHARGES | TODAYS CHARGES | PREVIOUS CHARGES | PROJECT TO DATE CHARGES |
|---|---|---|---|
| Labor | $31,917.75 | $19,670.50 | $51,588.25 |
| PPE | $340.00 | $300.00 | $640.00 |
| Rolling Stock | $2,354.80 | $3,263.22 | $5,618.02 |
| Boats | | | |
| Heavy Equipment | | | |
| Recovery Equipment | | | |
| Misc. Equipment | | | |
| Disposables | $35.00 | $35.00 | $70.00 |
| Sampling Equipment | | | |
| Communication Equipment | | | |
| Non-Haz Disposal | | | |
| Subcontractors | | | |
| Disposal | | | |
| Equipment Rental | | | |
| Laboratory | | | |
| O.D.C. | $741.29 | $795.79 | $1,537.08 |
| USL&H Charges | | | |
| TOTAL CHARGES | $35,388.84 | $24,064.51 | $59,453.35 |

| | CLASSIFICATION | NAME | REGULAR HOURS | OVERTIME HOURS | HOLIDAY HOURS | REGULAR RATE | OVERTIME RATE | HOLIDAY RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L15 Supervisor/General | Timothy Fleming | | | 14.00 | | | $185.50 | $2,597.00 |
| 2 | L23 Spill Response Techn | Gary Tessane | | | 13.75 | | | $132.00 | $1,815.00 |
| 3 | L23 Spill Response Techn | Felix Alvarez | | | 13.50 | | | $132.00 | $1,782.00 |
| 4 | L23 Spill Response Techn | Eloisa Domingue | | | 13.50 | | | $132.00 | $1,782.00 |
| 5 | L23 Spill Response Techn | Alba Cruz | | | 13.50 | | | $132.00 | $1,782.00 |
| 6 | L23 Spill Response Techn | Marcus Brown | | | 14.50 | | | $132.00 | $1,914.00 |
| 7 | L23 Spill Response Techn | Alexis Johnson | | | 14.50 | | | $132.00 | $1,914.00 |
| 8 | L15 Supervisor/General | Ben Goodsell | | | 14.50 | | | $185.50 | $2,689.75 |
| 9 | L23 Spill Response Techn | Adalberto Jimen | | | 14.50 | | | $132.00 | $1,914.00 |
| 10 | L23 Spill Response Techn | Marcel Tillo | | | 14.50 | | | $132.00 | $1,914.00 |
| 11 | L23 Spill Response Techn | Dario Morales | | | 14.50 | | | $132.00 | $1,914.00 |
| 12 | L23 Spill Response Techn | Hector Osorio | | | 11.50 | | | $132.00 | $1,518.00 |
| 13 | L23 Spill Response Techn | Clester Avalia | | | 11.50 | | | $132.00 | $1,518.00 |
| 14 | L23 Spill Response Techn | Omar Avalia | | | 11.50 | | | $132.00 | $1,518.00 |
| 15 | L23 Spill Response Techn | Florentino | | | 14.50 | | | $132.00 | $1,914.00 |
| 16 | L23 Spill Response Techn | Julia Villagomez | | | 14.50 | | | $132.00 | $1,914.00 |
| 17 | L23 Spill Response Techn | Norma Hernande | | | 11.50 | | | $132.00 | $1,518.00 |
| | TOTAL LABOR | | | | | | | | $31,917.75 |

| | PPE | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | HOURS | UNIT RATE | | QUANTITY | | | TOTAL |
| PPE4 | Level D (per Person) | 17.00 | $20.00 | | | | | $340.00 |
| | TOTAL PPE CHARGES | | | | | | | $340.00 |

| | VEHICLES - ROLLING STOCK | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | HOURS | UNIT RATE | | MILEAGE | RATE | | TOTAL |
| V19 | Service Truck | 14.5 | $42.00 | | 50 | 0.68 | | $643.00 |
| V24 | 12' - 16' Utility Trailer | 14.5 | $20.00 | | | | | $290.00 |
| V35 | Pick-up Truck (Crew Cab 3/4 Ton) | 14.5 | $24.00 | | 50 | 0.68 | | $382.00 |
| V41 | 1 Ton Flatbed (Crew Cab / 4 Wheel Drive) | 13.5 | $32.00 | | 50 | 1.87 | | $525.50 |
| V43 | ATV Vehicles | 14.5 | $35.00 | | 10 | 0.68 | | $514.30 |
| | TOTAL ROLLING STOCK CHARGES | | | | | | | $2,354.80 |

| | MATERIALS / DISPOSABLES | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | HOURS | UNIT RATE | | QUANTITY | | | TOTAL |
| M54 | Poly Bags - 6 Mil | 10.00 | $3.50 | | | | | $35.00 |
| | TOTAL DISPOSABLES CHARGES | | | | | | | $35.00 |
| | PER DIEM | | | | per diem | $100.00 | 6 | $600.00 |
| | SUBTOTAL ALL COSTS | | | | | | | $35,247.55 |
| | FUEL SURCHARGE | Avg Fuel Rate as of Project Start Date | | | FUEL | $2.980 | 6.00% | $141.29 |
| | **TOTAL INVOICE** | | | | | | | **$35,388.84** |

## HEPACO, INC. TIME & MATERIALS FIELD INVOICE

Project Name: SCSPA Beach Clean Up
Client PO #:
ER Manager: Jon Ryan
Client Rep/Title: Ken Kromer

Project No. 1943.2148
Day: Monday
Date: 7/22/2019
TASK DESCRIPTION: Response to Beach Cleanup

| SUMMARY OF CHARGES | TODAYS CHARGES | PREVIOUS CHARGES | PROJECT TO DATE CHARGES |
|---|---|---|---|
| Labor | $7,582.00 | $51,588.25 | $59,170.25 |
| PPE | $300.00 | $640.00 | $940.00 |
| Rolling Stock | $936.22 | $5,618.02 | $6,554.24 |
| Boats | | | |
| Heavy Equipment | | | |
| Recovery Equipment | | | |
| Misc. Equipment | | | |
| Disposables | $3.50 | $70.00 | $73.50 |
| Sampling Equipment | | | |
| Communication Equipment | | | |
| Non-Haz Disposal | | | |
| Subcontractors | | | |
| Disposal | | | |
| Equipment Rental | | | |
| Laboratory | | | |
| O.D.C. | $156.17 | $1,537.08 | $1,693.25 |
| USL&H Charges | | | |
| TOTAL CHARGES | $8,977.89 | $59,453.35 | **$68,431.24** |

| | CLASSIFICATION | NAME | REGULAR HOURS | OVERTIME HOURS | HOLIDAY HOURS | REGULAR RATE | OVERTIME RATE | HOLIDAY RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L23 Spill Response Techr | Chris Arana | 4.00 | 2.50 | | $66.00 | $99.00 | | $511.50 |
| 2 | L23 Spill Response Techr | Bryce Malcolm | 5.00 | 2.00 | | $66.00 | $99.00 | | $528.00 |
| 3 | L23 Spill Response Techr | George Malone | 9.00 | 2.00 | | $66.00 | $99.00 | | $792.00 |
| 4 | L23 Spill Response Techr | William Miller | 4.00 | 2.50 | | $66.00 | $99.00 | | $511.50 |
| 5 | L23 Spill Response Techr | Brian Hudson | 9.00 | 2.00 | | $66.00 | $99.00 | | $792.00 |
| 6 | L23 Spill Response Techr | Nathaniel Spill | 4.00 | 2.50 | | $66.00 | $99.00 | | $511.50 |
| 7 | L23 Spill Response Techr | Timothy Fleming | 1.00 | 2.00 | | $66.00 | $99.00 | | $264.00 |
| 8 | L23 Spill Response Techr | Brandon Nance | 1.00 | 2.00 | | $66.00 | $99.00 | | $264.00 |
| 9 | L15 Supervisor/General | Ronald Dewitt | 8.00 | | | $92.50 | | | $740.00 |
| 10 | L23 Spill Response Techr | Marcus Brown | 5.00 | 1.00 | | $66.00 | $99.00 | | $429.00 |
| 11 | L23 Spill Response Techr | Alexis Johnson | 5.00 | 1.00 | | $66.00 | $99.00 | | $429.00 |
| 12 | L15 Supervisor/General | Ben Goodsell | 5.00 | 1.50 | | $92.50 | $139.00 | | $671.00 |
| 13 | L23 Spill Response Techr | Donta McAteer | 5.00 | 0.50 | | $66.00 | $99.00 | | $379.50 |
| 14 | L23 Spill Response Techr | Javier Torres | 5.00 | 0.50 | | $66.00 | $99.00 | | $379.50 |
| 15 | L23 Spill Response Techr | Gerard William | 5.00 | 0.50 | | $66.00 | $99.00 | | $379.50 |
| | TOTAL LABOR | | | | | | | | **$7,582.00** |

| | PPE DESCRIPTION | HOURS | UNIT RATE | QUANTITY | TOTAL |
|---|---|---|---|---|---|
| PPE4 | Level D (per Person) | 15.00 | $20.00 | | $300.00 |
| | TOTAL PPE CHARGES | | | | **$300.00** |

| | VEHICLES - ROLLING STOCK DESCRIPTION | HOURS | UNIT RATE | MILEAGE | RATE | TOTAL |
|---|---|---|---|---|---|---|
| V19 | Service Truck | 5.5 | $42.00 | 50 | 0.68 | $265.00 |
| V24 | 12' - 16' Utility Trailer | 5.5 | $20.00 | | | $110.00 |
| V35 | Pick-up Truck (Crew Cab 3/4 Ton) | 6.0 | $24.00 | 50 | 0.68 | $178.00 |
| V37 | Pick-up Truck (4 Wheel Drive) | 7.0 | $22.00 | 50 | 0.68 | $188.00 |
| V43 | ATV Vehicles | 5.5 | $35.00 | 4 | 0.68 | $195.22 |
| | TOTAL ROLLING STOCK CHARGES | | | | | **$936.22** |

| | MATERIALS / DISPOSABLES DESCRIPTION | HOURS | UNIT RATE | QUANTITY | | | TOTAL |
|---|---|---|---|---|---|---|---|
| M54 | Poly Bags - 6 Mil | 1.00 | $3.50 | | | | $3.50 |
| | TOTAL DISPOSABLES CHARGES | | | | | | **$3.50** |
| | PER DIEM | | | per diem | $100.00 | 1 | $100.00 |
| | SUBTOTAL ALL COSTS | | | | | | **$8,921.72** |
| | FUEL SURCHARGE | Avg Fuel Rate as of Project Start Date | | FUEL | **$2.980** | **6.00%** | $56.17 |
| | **TOTAL INVOICE** | | | | | | **$8,977.89** |

## HEPACO, INC. TIME & MATERIALS FIELD INVOICE

Project Name: SCSPA Beach Clean Up
Client PO #:
ER Manager: Jon Ryan
Client Rep/Title: Ken Kromer

Project No. 1943.2148
Day: Wednesday
Date: 7/24/2019
TASK DESCRIPTION: Response to Cleanup Beach

| SUMMARY OF CHARGES | TODAYS CHARGES | PREVIOUS CHARGES | PROJECT TO DATE CHARGES |
|---|---|---|---|
| Labor | $11,411.25 | $59,170.25 | $70,581.50 |
| PPE | $240.00 | $940.00 | $1,180.00 |
| Rolling Stock | $1,291.72 | $6,554.24 | $7,845.96 |
| Boats | | | |
| Heavy Equipment | | | |
| Recovery Equipment | | | |
| Misc. Equipment | | | |
| Disposables | $61.00 | $73.50 | $134.50 |
| Sampling Equipment | | | |
| Communication Equipment | | | |
| Non-Haz Disposal | | | |
| Subcontractors | | | |
| Disposal | | | |
| Equipment Rental | | | |
| Laboratory | | | |
| O.D.C. | $577.50 | $1,693.25 | $2,270.75 |
| USL&H Charges | | | |
| TOTAL CHARGES | $13,581.47 | $68,431.24 | $82,012.71 |

| | CLASSIFICATION | NAME | REGULAR HOURS | OVERTIME HOURS | HOLIDAY HOURS | REGULAR RATE | OVERTIME RATE | HOLIDAY RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L15 Supervisor/General | Timothy Fleming | 9.00 | 4.00 | | $92.50 | $139.00 | | $1,388.50 |
| 2 | L23 Spill Response Techn | Gary Tessanne | 9.00 | 3.75 | | $66.00 | $99.00 | | $965.25 |
| 3 | L23 Spill Response Techn | Kyle Behrman | 9.00 | 3.50 | | $66.00 | $99.00 | | $940.50 |
| 4 | L23 Spill Response Techn | Pedro Aquino Mo | 9.00 | 4.00 | | $66.00 | $99.00 | | $990.00 |
| 5 | L23 Spill Response Techn | Alba Calix Cruz | 9.00 | 4.00 | | $66.00 | $99.00 | | $990.00 |
| 6 | L23 Spill Response Techn | Felix Alvarez Cal | 9.00 | 4.00 | | $66.00 | $99.00 | | $990.00 |
| 7 | L23 Spill Response Techn | Jon Ryan | 9.00 | 2.00 | | $66.00 | $99.00 | | $792.00 |
| 8 | L15 Supervisor/General | Bruno DiRocco | 9.00 | 3.50 | | $92.50 | $139.00 | | $1,319.00 |
| 9 | L23 Spill Response Techn | Omar Avila | 7.00 | 2.00 | | $66.00 | $99.00 | | $660.00 |
| 10 | L23 Spill Response Techn | Hector Osovio | 9.00 | 2.00 | | $66.00 | $99.00 | | $792.00 |
| 11 | L23 Spill Response Techn | Clester Gonzalez | 9.00 | 2.00 | | $66.00 | $99.00 | | $792.00 |
| 12 | L23 Spill Response Techn | Hector David | 9.00 | 2.00 | | $66.00 | $99.00 | | $792.00 |
| | TOTAL LABOR | | | | | | | | $11,411.25 |

| | PPE DESCRIPTION | HOURS | UNIT RATE | | QUANTITY | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| PPE4 | Level D (per Person) | 12.00 | $20.00 | | | | | $240.00 |
| | TOTAL PPE CHARGES | | | | | | | $240.00 |

| | VEHICLES - ROLLING STOCK DESCRIPTION | HOURS | UNIT RATE | | MILEAGE | RATE | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| V24 | 12' - 16' Utility Trailer | 11.0 | $20.00 | | | | | $220.00 |
| V37 | Pick-up Truck (4 Wheel Drive) | 13.0 | $22.00 | | 50 | 0.68 | | $320.00 |
| V43 | ATV Vehicles | 13.0 | $35.00 | | 4 | 0.68 | | $457.72 |
| V44 | Crew Van | 13.0 | $20.00 | | 50 | 0.68 | | $294.00 |
| | TOTAL ROLLING STOCK CHARGES | | | | | | | $1,291.72 |

| | MATERIALS / DISPOSABLES DESCRIPTION | HOURS | UNIT RATE | | QUANTITY | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| M54 | Poly Bags - 6 Mil | 10.00 | $3.50 | | | | | $35.00 |
| M55 | Duct Tape | 2.00 | $13.00 | | | | | $26.00 |
| | TOTAL DISPOSABLES CHARGES | | | | | | | $61.00 |
| | PER DIEM | | | | per diem | $100.00 | 5 | $500.00 |
| | SUBTOTAL ALL COSTS | | | | | | | $13,503.97 |
| | FUEL SURCHARGE | Avg Fuel Rate as of Project Start Date | | | FUEL | $2.980 | 6.00% | $77.50 |
| | TOTAL INVOICE | | | | | | | $13,581.47 |

## HEPACO, INC. TIME & MATERIALS FIELD INVOICE

Project Name: SCSPA Beach Clean Up
Client PO #:
ER Manager: Jon Ryan
Client Rep/Title: Ken Kromer

Project No. 1943.2148
Day: Thursday
Date: 7/25/2019
TASK DESCRIPTION: Response to Cleanup Beach.

| SUMMARY OF CHARGES | TODAYS CHARGES | PREVIOUS CHARGES | PROJECT TO DATE CHARGES |
|---|---|---|---|
| Labor | $13,233.50 | $70,581.50 | $83,815.00 |
| PPE | $300.00 | $1,180.00 | $1,480.00 |
| Rolling Stock | $924.72 | $7,845.96 | $8,770.68 |
| Boats | | | |
| Heavy Equipment | | | |
| Recovery Equipment | | | |
| Misc. Equipment | | | |
| Disposables | | $134.50 | $134.50 |
| Sampling Equipment | | | |
| Communication Equipment | | | |
| Non-Haz Disposal | | | |
| Subcontractors | | | |
| Disposal | | | |
| Equipment Rental | | | |
| Laboratory | | | |
| O.D.C. | $355.48 | $2,270.75 | $2,626.23 |
| USL&H Charges | | | |
| TOTAL CHARGES | $14,813.70 | $82,012.71 | $96,826.41 |

| | CLASSIFICATION | NAME | REGULAR HOURS | OVERTIME HOURS | HOLIDAY HOURS | REGULAR RATE | OVERTIME RATE | HOLIDAY RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L23 Spill Response Techn | Hector Osorio | 9.00 | 3.00 | | $66.00 | $99.00 | | $891.00 |
| 2 | L23 Spill Response Techn | Omar Avila | 9.00 | 3.00 | | $66.00 | $99.00 | | $891.00 |
| 3 | L23 Spill Response Techn | Clester Avila | 9.00 | 3.00 | | $66.00 | $99.00 | | $891.00 |
| 4 | L23 Spill Response Techn | Hector Matavovo | 9.00 | 3.00 | | $66.00 | $99.00 | | $891.00 |
| 5 | L23 Spill Response Techn | Kaven Rodriges | 9.00 | 3.00 | | $66.00 | $99.00 | | $891.00 |
| 6 | L23 Spill Response Techn | Denis Lopez | 9.00 | 3.00 | | $66.00 | $99.00 | | $891.00 |
| 7 | L15 Supervisor/General | Ben Goodsell | 9.00 | 1.50 | | $92.50 | $139.00 | | $1,041.00 |
| 8 | L23 Spill Response Techn | Dante Mcateer | 9.00 | 1.50 | | $66.00 | $99.00 | | $742.50 |
| 9 | L23 Spill Response Techn | Javier Torres | 9.00 | 1.50 | | $66.00 | $99.00 | | $742.50 |
| 10 | L15 Supervisor/General | Timothy Fleming | 9.00 | 3.50 | | $92.50 | $139.00 | | $1,319.00 |
| 11 | L23 Spill Response Techn | Gary Tessanne | 9.00 | 3.50 | | $66.00 | $99.00 | | $940.50 |
| 12 | L23 Spill Response Techn | Felix Alvarez | 9.00 | 3.00 | | $66.00 | $99.00 | | $891.00 |
| 13 | L23 Spill Response Techn | Alba Calix | 9.00 | 2.50 | | $66.00 | $99.00 | | $841.50 |
| 14 | L23 Spill Response Techn | Pedro Montoya | 9.00 | 2.50 | | $66.00 | $99.00 | | $841.50 |
| 15 | L23 Spill Response Techn | Jon Ryan | 8.00 | | | $66.00 | | | $528.00 |
| | TOTAL LABOR | | | | | | | | $13,233.50 |

PPE

| | DESCRIPTION | HOURS | UNIT RATE | QUANTITY | | | TOTAL |
|---|---|---|---|---|---|---|---|
| PPE4 | Level D (per Person) | 15.00 | $20.00 | | | | $300.00 |
| | TOTAL PPE CHARGES | | | | | | $300.00 |

VEHICLES - ROLLING STOCK

| | DESCRIPTION | HOURS | UNIT RATE | MILEAGE | RATE | | TOTAL |
|---|---|---|---|---|---|---|---|
| V37 | Pick-up Truck (4 Wheel Drive) | 12.0 | $22.00 | 50 | 0.68 | | $298.00 |
| V43 | ATV Vehicles | 10.0 | $35.00 | 4 | 0.68 | | $352.72 |
| V44 | Crew Van | 12.0 | $20.00 | 50 | 0.68 | | $274.00 |
| | TOTAL ROLLING STOCK CHARGES | | | | | | $924.72 |
| | PER DIEM | | | per diem | $100.00 | 3 | $300.00 |
| | SUBTOTAL ALL COSTS | | | | | | $14,758.22 |
| | FUEL SURCHARGE | Avg Fuel Rate as of Project Start Date | | FUEL | $2.980 | 6.00% | $55.48 |
| | **TOTAL INVOICE** | | | | | | **$14,813.70** |

## HEPACO, INC. TIME & MATERIALS FIELD INVOICE

Project Name: SCSPA Beach Clean Up
Client PO #:
ER Manager: Jon Ryan
Client Rep/Title: Ken Kromer

Project No. 1943.2148
Day Friday
Date 7/26/2019
TASK DESCRIPTION Response to Cleanup Beach

| SUMMARY OF CHARGES | TODAYS CHARGES | PREVIOUS CHARGES | PROJECT TO DATE CHARGES |
|---|---|---|---|
| Labor | $8,881.88 | $83,815.00 | $92,696.88 |
| PPE | $200.00 | $1,480.00 | $1,680.00 |
| Rolling Stock | $840.72 | $8,770.68 | $9,611.40 |
| Boats | | | |
| Heavy Equipment | | | |
| Recovery Equipment | | | |
| Misc. Equipment | | | |
| Disposables | | $134.50 | $134.50 |
| Sampling Equipment | | | |
| Communication Equipment | | | |
| Non-Haz Disposal | | | |
| Subcontractors | | | |
| Disposal | | | |
| Equipment Rental | | | |
| Laboratory | | | |
| O.D.C. | $50.44 | $2,626.23 | $2,676.67 |
| USL&H Charges | | | |
| TOTAL CHARGES | $9,973.04 | $96,826.41 | **$106,799.45** |

| | CLASSIFICATION | NAME | REGULAR HOURS | OVERTIME HOURS | HOLIDAY HOURS | REGULAR RATE | OVERTIME RATE | HOLIDAY RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L15 Supervisor/General | Bryce Malcolm | 8.25 | 2.25 | | $92.50 | $139.00 | | $1,075.88 |
| 2 | L23 Spill Response Techn | Alba Calix | 8.25 | 5.50 | | $66.00 | $99.00 | | $1,089.00 |
| 3 | L23 Spill Response Techn | Felix Alvaresz | 8.25 | 5.50 | | $66.00 | $99.00 | | $1,089.00 |
| 4 | L23 Spill Response Techn | Pedro Montoya | 8.25 | 5.50 | | $66.00 | $99.00 | | $1,089.00 |
| 5 | L23 Spill Response Techn | Jon Ryan | 8.00 | | | $66.00 | | | $528.00 |
| 6 | L15 Supervisor/General | Ben Goodsell | 9.00 | 1.50 | | $92.50 | $139.00 | | $1,041.00 |
| 7 | L23 Spill Response Techn | Javier Torres | 9.00 | 1.50 | | $66.00 | $99.00 | | $742.50 |
| 8 | L23 Spill Response Techn | Hector David | 9.00 | 1.50 | | $66.00 | $99.00 | | $742.50 |
| 9 | L23 Spill Response Techn | Clester Avila | 9.00 | 1.50 | | $66.00 | $99.00 | | $742.50 |
| 10 | L23 Spill Response Techn | Omar Avila | 9.00 | 1.50 | | $66.00 | $99.00 | | $742.50 |
| | TOTAL LABOR | | | | | | | | **$8,881.88** |

| | PPE | | | | | | TOTAL |
|---|---|---|---|---|---|---|---|
| | DESCRIPTION | HOURS | UNIT RATE | QUANTITY | | | TOTAL |
| PPE4 | Level D (per Person) | 10.00 | $20.00 | | | | $200.00 |
| | TOTAL PPE CHARGES | | | | | | **$200.00** |

| | VEHICLES - ROLLING STOCK | | | | | | |
|---|---|---|---|---|---|---|---|
| | DESCRIPTION | HOURS | UNIT RATE | MILEAGE | RATE | | TOTAL |
| V37 | Pick-up Truck (4 Wheel Drive) | 10.0 | $22.00 | 50 | 0.68 | | $254.00 |
| V43 | ATV Vehicles | 10.0 | $35.00 | 4 | 0.68 | | $352.72 |
| V44 | Crew Van | 10.0 | $20.00 | 50 | 0.68 | | $234.00 |
| | TOTAL ROLLING STOCK CHARGES | | | | | | **$840.72** |
| | SUBTOTAL ALL COSTS | | | | | | **$9,922.60** |
| | FUEL SURCHARGE | Avg Fuel Rate as of Project Start Date | | FUEL | $2.980 | 6.00% | $50.44 |
| | **TOTAL INVOICE** | | | | | | **$9,973.04** |

# HEPACO, INC. TIME & MATERIALS FIELD INVOICE

Project Name: SCSPA Beach Clean Up
Client PO #:
ER Manager: Jon Ryan
Client Rep/Title: Ken Kromer

Project No. 1943.2148
Day Monday
Date 8/5/2019
TASK DESCRIPTION Response to Beach Cleanup.

| SUMMARY OF CHARGES | TODAYS CHARGES | PREVIOUS CHARGES | PROJECT TO DATE CHARGES |
|---|---|---|---|
| Labor | $11,354.50 | $92,696.88 | $104,051.38 |
| PPE | | $1,680.00 | $1,680.00 |
| Rolling Stock | $832.72 | $9,611.40 | $10,444.12 |
| Boats | | | |
| Heavy Equipment | | | |
| Recovery Equipment | | | |
| Misc. Equipment | | | |
| Disposables | | $134.50 | $134.50 |
| Sampling Equipment | | | |
| Communication Equipment | | | |
| Non-Haz Disposal | | | |
| Subcontractors | | | |
| Disposal | | | |
| Equipment Rental | | | |
| Laboratory | | | |
| O.D.C. | $49.96 | $2,676.67 | $2,726.63 |
| USL&H Charges | | | |
| TOTAL CHARGES | $12,237.18 | $106,799.45 | $119,036.63 |

| | CLASSIFICATION | NAME | REGULAR HOURS | OVERTIME HOURS | HOLIDAY HOURS | REGULAR RATE | OVERTIME RATE | HOLIDAY RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L15 Supervisor/General | J. Ryan | 9.00 | 2.00 | | $92.50 | $139.00 | | $1,110.50 |
| 2 | L15 Supervisor/General | B. Goodsell | 8.00 | | | $92.50 | | | $740.00 |
| 3 | L23 Spill Response Techn | H. Osorio | 8.00 | | | $66.00 | | | $528.00 |
| 4 | L23 Spill Response Techn | D. Gopez | 8.00 | | | $66.00 | | | $528.00 |
| 5 | L23 Spill Response Techn | O. Oguela | 8.00 | | | $66.00 | | | $528.00 |
| 6 | L23 Spill Response Techn | L. Sondoual | 8.00 | | | $66.00 | | | $528.00 |
| 7 | L23 Spill Response Techn | C. Aguilar | 8.00 | | | $66.00 | | | $528.00 |
| 8 | L23 Spill Response Techn | A. Rodriguez | 8.00 | | | $66.00 | | | $528.00 |
| 9 | L23 Spill Response Techn | E. Lopez | 8.00 | | | $66.00 | | | $528.00 |
| 10 | L23 Spill Response Techn | A. Velazquez | 8.00 | | | $66.00 | | | $528.00 |
| 11 | L23 Spill Response Techn | C. Avila | 8.00 | | | $66.00 | | | $528.00 |
| 12 | L23 Spill Response Techn | J. Villagomez | 8.00 | | | $66.00 | | | $528.00 |
| 13 | L23 Spill Response Techn | N. Hernandez | 8.00 | | | $66.00 | | | $528.00 |
| 14 | L23 Spill Response Techn | N. Eduardo | 8.00 | | | $66.00 | | | $528.00 |
| 15 | L23 Spill Response Techn | B. Hernandez | 8.00 | | | $66.00 | | | $528.00 |
| 16 | L23 Spill Response Techn | D. McAteer | 8.00 | | | $66.00 | | | $528.00 |
| 17 | L23 Spill Response Techn | M. Hernandez | 8.00 | | | $66.00 | | | $528.00 |
| 18 | L23 Spill Response Techn | E. Gil | 8.00 | | | $66.00 | | | $528.00 |
| 19 | L23 Spill Response Techn | L. Bautista | 8.00 | | | $66.00 | | | $528.00 |
| 20 | L23 Spill Response Techn | J. Torres | 8.00 | | | $66.00 | | | $528.00 |
| | TOTAL LABOR | | | | | | | | $11,354.50 |

| | VEHICLES - ROLLING STOCK | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | HOURS | UNIT RATE | | MILEAGE | RATE | | TOTAL |
| V37 | Pick-up Truck (4 Wheel Drive) | 11.0 | $22.00 | | 50 | 0.68 | | $276.00 |
| V43 | ATV Vehicles | 8.0 | $35.00 | | 4 | 0.68 | | $282.72 |
| V44 | Crew Van | 8.0 | $20.00 | | 50 | 0.68 | | $194.00 |
| V50 | Box Trailer | 8.0 | $10.00 | | | | | $80.00 |
| | TOTAL ROLLING STOCK CHARGES | | | | | | | $832.72 |
| | SUBTOTAL ALL COSTS | | | | | | | $12,187.22 |
| | FUEL SURCHARGE | Avg Fuel Rate as of Project Start Date | | | FUEL | $2.980 | 6.00% | $49.96 |
| | TOTAL INVOICE | | | | | | | $12,237.18 |

## HEPACO, INC. TIME & MATERIALS FIELD INVOICE

Project Name: SCSPA Beach Clean Up
Client PO #:
ER Manager: Jon Ryan
Client Rep/Title: Ken Kromer

Project No. 1943.2148
Day: Tuesday
Date: 8/6/2019
TASK DESCRIPTION: Response to Cleanup Beach

| SUMMARY OF CHARGES | TODAYS CHARGES | PREVIOUS CHARGES | PROJECT TO DATE CHARGES |
|---|---|---|---|
| Labor | $10,864.50 | $104,051.38 | $114,915.88 |
| PPE | | $1,680.00 | $1,680.00 |
| Rolling Stock | $734.72 | $10,444.12 | $11,178.84 |
| Boats | | | |
| Heavy Equipment | | | |
| Recovery Equipment | | | |
| Misc. Equipment | | | |
| Disposables | | $134.50 | $134.50 |
| Sampling Equipment | | | |
| Communication Equipment | | | |
| Non-Haz Disposal | | | |
| Subcontractors | | | |
| Disposal | | | |
| Equipment Rental | | | |
| Laboratory | | | |
| O.D.C. | $44.08 | $2,726.63 | $2,770.71 |
| USL&H Charges | | | |
| TOTAL CHARGES | $11,643.30 | $119,036.63 | **$130,679.93** |

| | CLASSIFICATION | NAME | REGULAR HOURS | OVERTIME HOURS | HOLIDAY HOURS | REGULAR RATE | OVERTIME RATE | HOLIDAY RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L15 Supervisor/General | J. Ryan | 1.00 | | | $92.50 | | | $92.50 |
| 2 | L15 Supervisor/General | B. Goodsell | 8.00 | | | $92.50 | | | $740.00 |
| 3 | L23 Spill Response Techn | H. Osorio | 8.00 | | | $66.00 | | | $528.00 |
| 4 | L23 Spill Response Techn | D. Gopez | 8.00 | | | $66.00 | | | $528.00 |
| 5 | L23 Spill Response Techn | O. Oguela | 8.00 | | | $66.00 | | | $528.00 |
| 6 | L23 Spill Response Techn | D. Oguela | 8.00 | | | $66.00 | | | $528.00 |
| 7 | L23 Spill Response Techn | L. Sondoual | 8.00 | | | $66.00 | | | $528.00 |
| 8 | L23 Spill Response Techn | C. Aguilar | 8.00 | | | $66.00 | | | $528.00 |
| 9 | L23 Spill Response Techn | A. Rodriguez | 8.00 | | | $66.00 | | | $528.00 |
| 10 | L23 Spill Response Techn | E. Lopez | 8.00 | | | $66.00 | | | $528.00 |
| 11 | L23 Spill Response Techn | A. Velazquez | 8.00 | | | $66.00 | | | $528.00 |
| 12 | L23 Spill Response Techn | C. Avila | 8.00 | | | $66.00 | | | $528.00 |
| 13 | L23 Spill Response Techn | J. Villagomez | 8.00 | | | $66.00 | | | $528.00 |
| 14 | L23 Spill Response Techn | N. Hernandez | 8.00 | | | $66.00 | | | $528.00 |
| 15 | L23 Spill Response Techn | N. Eduardo | 8.00 | | | $66.00 | | | $528.00 |
| 16 | L23 Spill Response Techn | B. Hernandez | 8.00 | | | $66.00 | | | $528.00 |
| 17 | L23 Spill Response Techn | D. McAteer | 8.00 | | | $66.00 | | | $528.00 |
| 18 | L23 Spill Response Techn | M. Hernandez | 8.00 | | | $66.00 | | | $528.00 |
| 19 | L23 Spill Response Techn | E. Gil | 8.00 | | | $66.00 | | | $528.00 |
| 20 | L23 Spill Response Techn | L. Bautista | 8.00 | | | $66.00 | | | $528.00 |
| 21 | L23 Spill Response Techn | J. Torres | 8.00 | | | $66.00 | | | $528.00 |
| | TOTAL LABOR | | | | | | | | **$10,864.50** |

| | VEHICLES - ROLLING STOCK DESCRIPTION | HOURS | UNIT RATE | | MILEAGE | RATE | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| V34 | Pick-up Truck (3/4 Ton and 1/2 Ton) | 8.0 | $18.00 | | 50 | 0.68 | | $178.00 |
| V43 | ATV Vehicles | 8.0 | $35.00 | | 4 | 0.68 | | $282.72 |
| V44 | Crew Van | 8.0 | $20.00 | | 50 | 0.68 | | $194.00 |
| V50 | Box Trailer | 8.0 | $10.00 | | | | | $80.00 |
| | TOTAL ROLLING STOCK CHARGES | | | | | | | **$734.72** |
| | SUBTOTAL ALL COSTS | | | | | | | **$11,599.22** |
| | FUEL SURCHARGE | Avg Fuel Rate as of Project Start Date | | | FUEL | **$2.980** | **6.00%** | $44.08 |
| | **TOTAL INVOICE** | | | | | | | **$11,643.30** |

# HEPACO, INC. TIME & MATERIALS FIELD INVOICE

Project Name: SCSPA Beach Clean Up
Client PO #:
ER Manager: Jon Ryan
Client Rep/Title: Ken Kromer

Project No. 1943.2148
Day: Wednesday
Date: 8/7/2019
TASK DESCRIPTION: Beach Cleanup on Sullivans Island

| SUMMARY OF CHARGES | TODAYS CHARGES | PREVIOUS CHARGES | PROJECT TO DATE CHARGES |
|---|---|---|---|
| Labor | $12,448.50 | $114,915.88 | $127,364.38 |
| PPE | | $1,680.00 | $1,680.00 |
| Rolling Stock | $678.72 | $11,178.84 | $11,857.56 |
| Boats | | | |
| Heavy Equipment | | | |
| Recovery Equipment | | | |
| Misc. Equipment | | | |
| Disposables | | $134.50 | $134.50 |
| Sampling Equipment | | | |
| Communication Equipment | | | |
| Non-Haz Disposal | | | |
| Subcontractors | | | |
| Disposal | | | |
| Equipment Rental | | | |
| Laboratory | | | |
| O.D.C. | $40.72 | $2,770.71 | $2,811.43 |
| USL&H Charges | | | |
| TOTAL CHARGES | $13,167.94 | $130,679.93 | **$143,847.87** |

| | CLASSIFICATION | NAME | REGULAR HOURS | OVERTIME HOURS | HOLIDAY HOURS | REGULAR RATE | OVERTIME RATE | HOLIDAY RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L15 Supervisor/General | J. Ryan | 1.00 | | | $92.50 | | | $92.50 |
| 2 | L15 Supervisor/General | B. Goodsell | 8.00 | | | $92.50 | | | $740.00 |
| 3 | L23 Spill Response Techn | H. Osorio | 8.00 | | | $66.00 | | | $528.00 |
| 4 | L23 Spill Response Techn | D. Gopez | 8.00 | | | $66.00 | | | $528.00 |
| 5 | L23 Spill Response Techn | O. Oguela | 8.00 | | | $66.00 | | | $528.00 |
| 6 | L23 Spill Response Techn | L. Sondoual | 8.00 | | | $66.00 | | | $528.00 |
| 7 | L23 Spill Response Techn | C. Aguilar | 8.00 | | | $66.00 | | | $528.00 |
| 8 | L23 Spill Response Techn | A. Rodriguez | 8.00 | | | $66.00 | | | $528.00 |
| 9 | L23 Spill Response Techn | E. Lopez | 8.00 | | | $66.00 | | | $528.00 |
| 10 | L23 Spill Response Techn | A. Velazquez | 8.00 | | | $66.00 | | | $528.00 |
| 11 | L23 Spill Response Techn | C. Avila | 8.00 | | | $66.00 | | | $528.00 |
| 12 | L23 Spill Response Techn | J. Villagomez | 8.00 | | | $66.00 | | | $528.00 |
| 13 | L23 Spill Response Techn | N. Hernandez | 8.00 | | | $66.00 | | | $528.00 |
| 14 | L23 Spill Response Techn | N. Eduardo | 8.00 | | | $66.00 | | | $528.00 |
| 15 | L23 Spill Response Techn | B. Hernandez | 8.00 | | | $66.00 | | | $528.00 |
| 16 | L23 Spill Response Techn | D. McAteer | 8.00 | | | $66.00 | | | $528.00 |
| 17 | L23 Spill Response Techn | M. Hernandez | 8.00 | | | $66.00 | | | $528.00 |
| 18 | L23 Spill Response Techn | E. Gil | 8.00 | | | $66.00 | | | $528.00 |
| 19 | L23 Spill Response Techn | L. Bautista | 8.00 | | | $66.00 | | | $528.00 |
| 20 | L23 Spill Response Techn | J. Torres | 8.00 | | | $66.00 | | | $528.00 |
| 21 | L23 Spill Response Techn | L. Artica | 8.00 | | | $66.00 | | | $528.00 |
| 22 | L23 Spill Response Techn | L. Corzo | 8.00 | | | $66.00 | | | $528.00 |
| 23 | L23 Spill Response Techn | Z. Rivera | 8.00 | | | $66.00 | | | $528.00 |
| 24 | L23 Spill Response Techn | Y. Manzanares | 8.00 | | | $66.00 | | | $528.00 |
| | TOTAL LABOR | | | | | | | | $12,448.50 |

| | VEHICLES - ROLLING STOCK | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | HOURS | UNIT RATE | | MILEAGE | RATE | | TOTAL |
| V37 | Pick-up Truck (4 Wheel Drive) | 4.0 | $22.00 | | 50 | 0.68 | | $122.00 |
| V43 | ATV Vehicles | 8.0 | $35.00 | | 4 | 0.68 | | $282.72 |
| V44 | Crew Van | 8.0 | $20.00 | | 50 | 0.68 | | $194.00 |
| V50 | Box Trailer | 8.0 | $10.00 | | | | | $80.00 |
| | TOTAL ROLLING STOCK CHARGES | | | | | | | $678.72 |
| | SUBTOTAL ALL COSTS | | | | | | | $13,127.22 |
| | FUEL SURCHARGE | Avg Fuel Rate as of Project Start Date | | | FUEL | $2.980 | 6.00% | $40.72 |
| | **TOTAL INVOICE** | | | | | | | **$13,167.94** |

## HEPACO, INC. TIME & MATERIALS FIELD INVOICE

| | | | |
|---|---|---|---|
| Project Name | SCSPA Beach Clean Up | Project No. | 1943.2148 |
| Client PO # | | Day | Thursday |
| ER Manager | Jon Ryan | Date | 8/8/2019 |
| Client Rep/Title | Ken Kromer | TASK DESCRIPTION | Beach Cleanup at Sullivans Island |

| SUMMARY OF CHARGES | TODAYS CHARGES | PREVIOUS CHARGES | PROJECT TO DATE CHARGES |
|---|---|---|---|
| Labor | $12,152.00 | $127,364.38 | $139,516.38 |
| PPE | | $1,680.00 | $1,680.00 |
| Rolling Stock | $810.72 | $11,857.56 | $12,668.28 |
| Boats | | | |
| Heavy Equipment | | | |
| Recovery Equipment | | | |
| Misc. Equipment | | | |
| Disposables | | $134.50 | $134.50 |
| Sampling Equipment | | | |
| Communication Equipment | | | |
| Non-Haz Disposal | | | |
| Subcontractors | | | |
| Disposal | | | |
| Equipment Rental | | | |
| Laboratory | | | |
| O.D.C. | $48.64 | $2,811.43 | $2,860.07 |
| USL&H Charges | | | |
| TOTAL CHARGES | $13,011.36 | $143,847.87 | **$156,859.23** |

| | CLASSIFICATION | NAME | REGULAR HOURS | OVERTIME HOURS | HOLIDAY HOURS | REGULAR RATE | OVERTIME RATE | HOLIDAY RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | L15 Supervisor/General | J. Ryan | 9.00 | 3.00 | | $92.50 | $139.00 | | $1,249.50 |
| 2 | L23 Spill Response Techn | D. Ogvela | 8.00 | | | $66.00 | | | $528.00 |
| 3 | L23 Spill Response Techn | O. Ogvela | 8.00 | | | $66.00 | | | $528.00 |
| 4 | L23 Spill Response Techn | H. Osovio | 8.00 | | | $66.00 | | | $528.00 |
| 5 | L23 Spill Response Techn | O. Velasquez | 8.00 | | | $66.00 | | | $528.00 |
| 6 | L23 Spill Response Techn | C. Aguilov | 8.00 | | | $66.00 | | | $528.00 |
| 7 | L23 Spill Response Techn | E. Lopez | 8.00 | | | $66.00 | | | $528.00 |
| 8 | L23 Spill Response Techn | D. Lopez | 8.00 | | | $66.00 | | | $528.00 |
| 9 | L23 Spill Response Techn | L. Bautista | 8.00 | | | $66.00 | | | $528.00 |
| 10 | L23 Spill Response Techn | E. Gil | 8.00 | | | $66.00 | | | $528.00 |
| 11 | L23 Spill Response Techn | S. Diaz | 8.00 | | | $66.00 | | | $528.00 |
| 12 | L23 Spill Response Techn | L. Sandoval | 8.00 | | | $66.00 | | | $528.00 |
| 13 | L23 Spill Response Techn | W. Rodriquez | 8.00 | | | $66.00 | | | $528.00 |
| 14 | L23 Spill Response Techn | N. Hernandez | 8.00 | | | $66.00 | | | $528.00 |
| 15 | L23 Spill Response Techn | Y. Monzanares | 8.00 | | | $66.00 | | | $528.00 |
| 16 | L23 Spill Response Techn | L. Rivera | 8.00 | | | $66.00 | | | $528.00 |
| 17 | L23 Spill Response Techn | L. Corzo | 8.00 | | | $66.00 | | | $528.00 |
| 18 | L23 Spill Response Techn | L. Articatrejo | 8.00 | | | $66.00 | | | $528.00 |
| 19 | L23 Spill Response Techn | K. Ponce | 8.00 | | | $66.00 | | | $528.00 |
| 20 | L15 Supervisor/General | B. Goodsell | 8.00 | | | $92.50 | | | $740.00 |
| 21 | L23 Spill Response Techn | J. Torres | 8.00 | | | $66.00 | | | $528.00 |
| 23 | L28 Administrative Assista | N. Sellers | 3.00 | | | $43.50 | | | $130.50 |
| | TOTAL LABOR | | | | | | | | $12,152.00 |

| | VEHICLES - ROLLING STOCK DESCRIPTION | HOURS | UNIT RATE | | MILEAGE | RATE | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| V37 | Pick-up Truck (4 Wheel Drive) | 10.0 | $22.00 | | 50 | 0.68 | | $254.00 |
| V43 | ATV Vehicles | 8.0 | $35.00 | | 4 | 0.68 | | $282.72 |
| V44 | Crew Van | 8.0 | $20.00 | | 50 | 0.68 | | $194.00 |
| V50 | Box Trailer | 8.0 | $10.00 | | | | | $80.00 |
| | TOTAL ROLLING STOCK CHARGES | | | | | | | $810.72 |
| | SUBTOTAL ALL COSTS | | | | | | | $12,962.72 |
| | FUEL SURCHARGE | Avg Fuel Rate as of Project Start Date | | | FUEL | $2.980 | 6.00% | $48.64 |
| | TOTAL INVOICE | | | | | | | $13,011.36 |