# Exhibit 7

WILLOUGHBY & HOEFER, P.A.
ATTORNEYS & COUNSELORS AT LAW

MITCHELL M. WILLOUGHBY
JOHN M.S. HOEFER
RANDOLPH R. LOWELL**
TRACEY C. GREEN
CHAD N. JOHNSTON
JOHN W. ROBERTS
ELIZABETH ZECK*
ELIZABETHANN L. CARROLL
ANDREW J. D'ANTONI
R. WALKER HUMPHREY, II***
ANDREW R. HAND****
J. JOSEPH OWENS

ELIZABETH S. MABRY
J. PATRICK HUDSON
OF COUNSEL

JOSEPH H. FARRELL, III
SPECIAL COUNSEL

*ALSO ADMITTED IN TEXAS
**ALSO ADMITTED IN WASHINGTON, D.C.
***ALSO ADMITTED IN CALIFORNIA
****ALSO ADMITTED IN NORTH CAROLINA

August 14, 2020

Catherine Wannamaker, Esquire
Southern Environmental Law Center
525 East Bay Street, Suite 200
Charleston, SC 29403

Re: Subpoena

Dear Ms. Wannamaker:

This firm serves as general counsel to the South Carolina State Ports Authority ("SCPA"). I am writing in response to your Subpoena To Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Civil Action, dated August 5, 2020, seeking the inspection of SCPA records. Specifically, you have sought "all documents relating to alleged release(s) of plastic pellets into the environment from any property owned by SCPA, including Union Pier; all documents exchanged with any employee or representative of Frontier Logistics, L.P., SCDHEC, or any other entity relating to plastic pellet pollution in Charleston waters."

You are seeking these records in connection with a matter currently pending before the United States District Court of which the SCPA is not a party to the proceeding. The Ports Authority is an instrumentality of the State of South Carolina and therefore entitled to sovereign immunity. *Ristow v. S.C. State Ports Auth.*, 58 F.3d 1051, 1055 (4th Cir. 1995); *see also Fed. Maritime Comm'n v. S.C. State Ports Auth.*, 535 U.S. 743, 751 n.6 (2002). As a sovereign entity, the Ports Authority does not consent to jurisdiction in federal court. Federal court subpoena power consequently does not extend to the Ports Authority.

Because the SCPA is not subject to federal court subpoena power, it has treated your request as one for information pursuant to South Carolina's Freedom of Information Act ("Act"). The SCPA will conduct a diligent search of its records in accordance with the Act and will be producing any responsive, non-exempt documents to you in accordance with the deadlines set forth in S.C. Code Ann. § 30-4-30(C).

OFFICES:
COLUMBIA | 930 RICHLAND STREET, COLUMBIA, SC 29201 | 803.252.3300 FAX 803.256.8062
CHARLESTON | 133 RIVER LANDING DRIVE, SUITE 200, CHARLESTON, SC 29492 | 843.619.4426 FAX 843.619.4490

Please note the SCPA reserves expressly reserves and does not waive any other exemptions, protections, or immunities provided by law, as applicable to the information involved in the request.

If you have any questions, please do not hesitate to contact me at (843) 619-4426.

Very truly yours,

**WILLOUGHBY & HOEFER, P.A.**

Randolph R. Lowell
General Counsel
S.C. Ports Authority