# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| CHARLESTON WATERKEEPER,<br>SOUTH CAROLINA COASTAL<br>CONSERVATION LEAGUE,<br><br>        Plaintiffs,<br><br>v.<br><br>FRONTIER LOGISTICS, L.P.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   C/A No. 2:20-cv-01089-DCN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR ENTRY OF A CONSENT ORDER
## DISMISSING THIS ACTION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2) and Local Rule 7.01, Plaintiffs Charleston Waterkeeper and South Carolina Coastal Conservation League ("Plaintiffs"), and Defendant Frontier Logistics, L.P. ("Defendant"), respectfully move this Court for dismissal with prejudice of this case. The parties are pleased to report that they have been engaged in settlement discussions over the past month in an effort to resolve the citizen suit litigation initiated by Plaintiffs under the Federal Clean Water and Resource Conservation and Recovery Acts, respectively, regarding Defendant's operations of its now-closed facility at the Union Pier Terminal in Charleston. Through hard work, compromise, and arms-length negotiation, the parties have reached a settlement agreement that fully resolves the issues and claims advanced in this litigation and is fair, adequate, reasonable, not against the public interest, not illegal, and not the product of collusion. A copy of the fully-executed settlement agreement is attached hereto as Exhibit A ("Settlement Agreement").

Accordingly, the parties agree to the dismissal of this action with prejudice, subject to the Court retaining jurisdiction to enforce the terms and conditions of the Settlement Agreement, as

1

well as the provisions of the Confidentiality Order (dkt.#18). As the issues between the parties have been resolved, the Plaintiffs and Defendant hereby jointly request that the Court dismiss this action with prejudice[1] and grant such other relief as the Court deems just and proper.

[SIGNATURE PAGE FOLLOWS]

---

[1] Pursuant to 33 U.S.C. § 1365(c)(3), the parties will promptly cause copies of the proposed Consent Order of Dismissal with Prejudice and the settlement agreement and Confidentiality Order referenced therein to be served upon the Attorney General of the United States and the acting Administrator of the United States Environmental Protection Agency. The parties request that the Court not enter the proposed consent order until 45 days after the receipt of a copy of the proposed order by the Attorney General and the Administrator. *Id.* The parties will promptly file proof of service on the docket after such documentation is obtained, and will also contact the Court after the expiration of the notice period regarding their request for entry of the proposed Consent Order of Dismissal with Prejudice.

Respectfully submitted,

*s/Catherine M. Wannamaker* (w/permission)
Catherine M. Wannamaker, Fed. Bar No. 12577
**Southern Environmental Law Center**
525 East Bay Street, Suite 200
Charleston, South Carolina 20403
cwannamaker@selcsc.org
(843) 720-5270

Jefferson Leath, Fed. Bar No. 2627
**Jefferson Leath, Esq., LLC**
231 Calhoun Street
Charleston, South Carolina 29401
jeff@leathesq.com
Telephone: 843/607-4038

*Attorneys for Plaintiffs*
*Charleston Waterkeeper and*
*South Carolina Coastal Conservation League*

*s/Chad N. Johnston*
Randolph R. Lowell, Fed. Bar No. 9203
Chad N. Johnston, Fed. Bar No. 10813
J. Joseph Owens, Fed. Bar No. 12575
**WILLOUGHBY & HOEFER, P.A.**
133 River Landing Drive, Suite 200
Charleston, South Carolina 29492
rlowell@willoughbyhoefer.com
cjohnston@willoughbyhoefer.com
jowens@willoughbyhoefer.com
(843) 619-4426

*Attorneys for Frontier Logistics, L.P.*

March 3, 2021
Charleston, South Carolina