# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| CHARLESTON WATERKEEPER, SOUTH CAROLINA COASTAL CONSERVATION LEAGUE, )<br><br>Plaintiffs, )<br><br>v. )<br><br>FRONTIER LOGISTICS, L.P., )<br><br>Defendant. ) | C/A No. 2:20-cv-01089-DCN |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the joint motion of the parties for dismissal of the pending action pursuant to Fed. R. Civ. P. 41(a)(2) and Local Rule 7.01. Plaintiffs Charleston Waterkeeper and South Carolina Coastal Conservation League ("Plaintiffs"), and Defendant Frontier Logistics, L.P. ("Defendant"), report that they have been engaged in settlement discussions over the past month in an effort to resolve the citizen suit litigation initiated by Plaintiffs under the under the Federal Clean Water and Resource Conservation and Recovery Acts, respectively, regarding Defendant's operations of its now-closed facility at the Union Pier Terminal in Charleston.

As reflected in the settlement agreement attached hereto, the terms of which are incorporated herein, those discussions have been successful and the parties have reached a settlement agreement that fully resolves the issues and claims advanced in this litigation. Upon review of the settlement agreement, the allegations in the complaint, and considering that the Court denied Frontier's motion for judgment on the pleadings, the substantial discovery that has taken place in this matter, the significant experience of Plaintiffs' and Defendant's counsel with

1

environmental litigation such as this, and the want of any indication that settlement negotiations were anything other than arms-length, the Court concludes that the agreement is fair, adequate, reasonable, not against the public interest, not illegal, and not the product of collusion. As part of the settlement, the parties have also asked this Court to retain jurisdiction to enforce the terms and conditions of the Settlement Agreement, as well as the provisions of the previously-entered Confidentiality Order (dkt.#18).

Consistent with 33 U.S.C. § 1365(c)(3), having considered the motion and the attached settlement agreement, and for good cause shown,

**IT IS HEREBY ORDERED**, that all the parties consent to dismissal and there is no case or controversy remaining for the Court to adjudicate, and that this action is concluded and **DISMISSED WITH PREJUDICE**.

**AND, BY AGREEMENT OF THE PARTIES**, the Court retains jurisdiction to enforce the settlement agreement referred to hereinabove, as well as the Court's Confidentiality Order (dkt.#18).

**AND IT IS SO ORDERED.**

_____
Honorable David C. Norton
United States District Judge

May 6, 2021
Charleston, South Carolina